## CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 13 2019 ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

DATE: November 13, 2019         TIME: 30 minutes

CASE NUMBER:    1:18-cv-04312-SJF-AKT

CASE TITLE:     Self Initiated Living Options, Inc. et al v. Long Island Rail Road Company et al

PLTFFS ATTY:    James Bahamonde
    X  present        ___ not present

    ___ present       ___ not present

DEFTS ATTY:     Kevin McCaffrey
    x  present        ___ not present

    ___ present       ___ not present

COURT REPORTER:          COURTROOM DEPUTY: Bryan Morabito

OTHER: _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** An in-person status conference is scheduled before Judge Feuerstein on 12/19/2019 at 11:15 am.