## CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2019 ★
LONG ISLAND OFFICE

**BEFORE: JUDGE FEUERSTEIN**

DATE: December 19, 2019                                          TIME: 30 minutes

CASE NUMBER:        1:18-cv-04312-SJF-AKT

CASE TITLE:         Self Initiated Living Options, Inc. et al v. Long Island Rail Road Company et al

PLTFFS ATTY:        James Bahamonde
         X  present            ___ not present

         ___ present            ___ not present

DEFTS ATTY:         Kevin McCaffrey
         x  present            ___ not present

         ___ present            ___ not present

COURT REPORTER: ___         COURTROOM DEPUTY: Bryan Morabito

OTHER: ___

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Plaintiff shall serve opposition to motion by 1/13/2020. Defendant to serve reply and file fully briefed motion with the Court by 1/23/2020. An in-person status conference is scheduled before Judge Feuerstein on 4/29/2020 at 11:15 am.