| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:  A. KATHLEEN TOMLINSON          DATE:   2-20-2020
         U.S. MAGISTRATE JUDGE            TIME:   2:17 p.m. (2 hrs 34 mins)
                                          (includes off record settlement discussions)

*Self Initiated Living Options, Inc. et al v. Long Island Rail Road Company et al,*
**CV 18-4312 (SJF) (AKT)**

TYPE OF CONFERENCE:     **SETTLEMENT CONFERENCE**

APPEARANCES:   Plaintiff     James E. Bahamonde

               Defendant     Kevin Patrick McCaffrey

FTR:   2:17-2:19

SCHEDULE:

The parties made some substantial progress today. On that basis, the Settlement Conference is continued over to March 12, 2020 at 2 p.m.

**SO ORDERED**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge