Law Offices of
# <u>JAMES E. BAHAMONDE, P.C.</u>

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

June 16, 2020

**BY ECF**

Hon. A. Kathleen Tomlinson
United States Courthouse
Eastern District of New York
Long Island Courthouse
Central Islip, NY 11722

        **RE:**    *SILO, et al. v. LIRR, et al.*
                  E.D.N.Y.  18cv4312 (SJF)(AKT)

Dear Magistrate Judge Tomlinson:

    I represent the plaintiffs in the above referenced action and hereby submit a Stipulation of Settlement and Order of Dismissal as well as a fully executed Settlement Agreement.

    Please note, as per paragraph 2 of the Stipulation of Settlement and Section II of the Settlement Agreement, the court retains jurisdiction over this action for the purpose of enforcing compliance with the terms of the Settlement Agreement and Order.

    We thank you very much for your consideration.

                                  Respectfully,

                                  /s/ James E. Bahamonde

                                  James E. Bahamonde, Esq.

cc:  (via ECF)
Kevin McCaffrey, Esq.
*Attorneys for Defendants*