UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELF INITIATED LIVING OPTIONS, INC., GINA BARBARA, and RAYMOND HAREWOOD, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff<br><br>- against -<br><br>LONG ISLAND RAIL ROAD COMPANY and PHILLIP ENG, in his official capacity as President of LIRR<br><br>Defendants | 18cv4312 (AKT)<br><br>STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y<br>★ JUL 15 2020 ★<br>LONG ISLAND OFFICE |

**WHEREAS**, Plaintiffs and Defendants, through their undersigned counsel, stipulation and agree as follows:

1. This action is hereby dismissed with prejudice, pursuant to the terms of the Settlement Agreement and Order signed by the Court on ___July 15___, 2020.

2. The Court shall retain jurisdiction over this action for the sole purpose of enforcing compliance with the terms of the Settlement Agreement and Order.

3. A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically or by facsimile transmission.

Dated: _____, 2020
Central Islip, New York

| | |
|---|---|
| LAW OFFICES OF JAMES E. BAHAMONDE, PC<br>*Attorney for Plaintiffs*<br><br>_____<br>JAMES E. BAHAMONDE, ESQ.<br>2501 Jody Court<br>North Bellmore, NY 11710<br>Tel: (646) 290-8258<br>Fax: (646) 435-4376<br>E-mail: james@civilrightsny.com | PAIGE GRAVES, ESQ.<br>VICE PRESIDENT/GENERAL COUNSEL & SECRETARY<br>*Attorney for Defendants*<br><br>_____<br>By: KEVIN MCCAFFREY, ESQ.<br>Jamaica Station Building<br>Jamaica, NY 11435<br>Tel: 718-558-6820<br>E-mail: kpmccaf@lirr.org |

1

It is so ORDERED this __15th__ day of __JULY_____, 2020.

_/S/ AK Tomlinson_____

HON. A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE